No. 327. CHARLES H. SPEAR ET AL., ETC., *v.* UNITED STATES. Error to the District Court of the United States for the Northern District of California. Motion to dismiss submitted May 24, 1926. Decided October 11, 1926.

*Per Curiam.* This cause is dismissed for lack of jurisdiction in this court under § 238 of the Judicial Code as amended by the Act of February 13, 1925, c. 229, 43 Stat. 936. *Solicitor General Mitchell* for the United States, in support of the motion. *Messrs. U. S. Webb* and *W. T. Plunkett* for plaintiffs in error, in opposition thereto.